UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
VARUN VERMA,                                        :
                                                    :
                        Plaintiff,                  :
                                                    :
            -v-                                     :            25 Civ. 10006 (JPC)
                                                    :
JOSEPH EDLOW,                                       :                 ORDER
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties are ordered to appear before the undersigned for a conference on April 27, 2026, at 4:30 p.m., to discuss Defendants' premotion letter seeking leave to file a motion to dismiss Plaintiff's Complaint.  *See* Dkt. 16.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 14, 2026
       New York, New York                     _____
                                                      JOHN P. CRONAN
                                                 United States District Judge