# BANIAS LAW, LLC

602 Rutledge Avenue
Charleston, SC 29403
843.352.4272 • brad@baniaslaw.com

April 20, 2026

BY ECF
Judge John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Plaintiff must file an Amended Complaint by May 15, 2026. Defendant may file an Answer, or a premotion letter seeking leave to file a motion to dismiss, by June 12, 2026. The conference scheduled for April 27, 2026 is adjourned *sine die*. The Clerk of Court is respectfully directed to close Dkt. 18.**

Re:     *Verma v. Edlow*, No. 1:25-cv-10006-JPC

**SO ORDERED**
**April 20, 2026**

JOHN P. CRONAN
United States District Judge

Dear Judge Cronan:

I represent the Plaintiff in the above captioned case. This is an unreasonable delay case in its nascent stages. Most recently, the Defendant informed the Court it intended on filing a motion to dismiss, ECF No. 16, and this Court scheduled a conference for April 27, 2026. ECF No. 17.

Considering the Defendant's letter, the upcoming conference, and counsels' upcoming obligations in other cases, the parties conferred and the Plaintiff proposed a filing date for an amended complaint and a date for Defendant's initial response. Defense counsel consented to the following schedule:

•       Plaintiff files an amended complaint on or by May 15, 2026; and

•       Defendant files its initial response on or by June 12, 2026.

To this end the parties request that the Court adjourn sine die the conference currently scheduled for April 27, 2026, and enter a scheduling order as described above.

To the extent the Court declines to enter an order based on the parties' proposal, Plaintiff's counsel would request permission to appear at the April 27, 2026, conference via telephone or video conference as Plaintiff's counsel has a status conference the morning of April 27, 2026, for a case in the United States District Court for the District of Columbia. Defendant does not oppose this request.

Sincerely,

s/Brad Banias
BRAD BANIAS
Banias Law, LLC
Brad@baniaslaw.com

Attorney for Plaintiff