UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                      :
VARUN VERMA,                                          :
                                                      :
                          Plaintiff,                  :
                                                      :
            -v-                                       :        25 Civ. 10006 (JPC)
                                                      :
JOSEPH EDLOW,                                         :                ORDER
                                                      :
                          Defendant.                  :
                                                      :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 12, 2026, Defendant Joseph Edlow filed a motion to dismiss Plaintiff Varun

Verma's Amended Complaint. Dkt. 21. Plaintiff must respond to Defendant's motion no later than

June 29, 2026. Defendant may file a reply in support of his motion by July 7, 2026.

SO ORDERED.

Dated: June 15, 2026
        New York, New York                    _____
                                                      JOHN P. CRONAN
                                               United States District Judge